UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SELECT RECRUITING, L.L.C., ) <br> individually and d/b/a Just For Her, ) <br> and ROBERT BRIN, individually ) <br> and d/b/a Just For Her, ) <br> ) <br> Defendant. ) | No. 4:13-cv-909 <br><br> JURY TRIAL DEMANDED |

# ANSWER

COME NOW the Defendants Select Recruiting, L.L.C. and Robert Brin and for their Answer to the allegations in the Complaint state as follows:

1. Defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

2. Deny.

3. Deny.

4. Deny.

5. Defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

6. Deny.

7. Deny.

8. Deny.

9. Deny.

10. Deny.

11. Defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

12. Defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

13. Defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

14. Defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

15. Defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

16. Defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

17. Defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

18. Defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

19. Defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

20. Defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

21. Defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

22. Defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

23. Deny
24. Deny.
25. Deny.
26. Deny.
27. Deny.
28. Deny.
29. Deny.
30. Defendant restates previous answers to allegations in Paragraphs 1 through 29.

31. Deny

32. Deny.

33. Deny.

34. Deny.

35. Deny.

36. Deny.

37. Deny.

38. Defendants restate previous answers to allegations in Paragraphs 1 through 29.

39. Deny.

40. Deny.

41. Deny.

42. Deny.

43. Deny.

44. Deny.

45. Deny.

46. Defendants are without sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

47. Deny.

48. Deny.

49. Deny.

50. Deny.

51. Deny.

52. Defendants restate previous answers to allegations in Paragraphs 1 through 29.

53. Defendants are not possessed of sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

54. Defendants are not possessed of sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

55. Deny.

56. Deny.

57. Deny.

58. Deny.

59. Deny.

60. Defendants restate previous answers to allegations in Paragraphs 1 through 29.

61. Defendants are not possessed of sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

62. Deny.

63. Deny.

64. Deny.

65. Deny.

66. Deny.

67. Deny.

68. Defendants restate previous answers to allegations in Paragraphs 1 through 29.

69. Defendants are not possessed of sufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore deny said allegations.

70. Deny.

71. Deny.

72. Deny.

73. Deny.

74. Deny.

75. Deny.

76. Deny.

77. Defendants restate previous answers to allegations in Paragraphs 1 through 29.

78. Deny.

79. Deny.

80. Deny.

81. Deny.

82. Deny.

83. Deny.

84. Deny.

85. Deny.

86. Defendants restate previous answers to allegations in Paragraphs 1 through 29.

87. Deny.

88. Deny.

89. Deny.

90. Deny.

91. Defendants restate previous answers to allegations in Paragraphs 1 through 29.

92. Deny.

93. Deny.

94. Deny.

95. Deny.

96. Defendants restate previous answers to allegations in Paragraphs 1 through 29.

97. Deny.

*WHEREFORE*, having fully answered Plaintiff's' Complaint, defendants and each of them pray to be dismissed from this action, together with their costs expended herein.

Respectfully submitted,

*/S/ Arthur S. Margulis*
ARTHUR S. MARGULIS #16906MO
Margulis, Grant, Margulis & Miller, P.C.
7733 Forsyth Blvd., Suite 1850
St. Louis, MO 63105
(314) 721-6677 (314) 721-1710 FAX
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on September __12__, 2013, I filed the foregoing in the above mentioned action with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Bryan Cave LLP, Attn: Jason A. Kempf, 211 N. Broadway, Suite 3600, St. Louis, MO 6302, Attorneys for Plaintiffs.

/s/ *Arthur S. Margulis*