IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | : |
| Plaintiffs, | : Case No. 4:13-cv-909 |
| v. | : JURY TRIAL DEMANDED |
| SELECT RECRUITING, L.L.C., Individually and d/b/a Just For Her, and ROBERT BRIN, individually and d/b/a Just For Her, | : |
| Defendants. | : |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Coach Inc. and Coach Services, Inc. and Defendants Select Recruiting, L.L.C. and Robert Brin, both individually and d/b/a Just For Her, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate as follows:

1. Plaintiffs' Complaint is dismissed, in its entirety, without prejudice.

2. The parties shall bear their own attorney's fees and costs.

STIPULATED TO BY:

| | |
|---|---|
| BRYAN CAVE LLP | CAPES AND SOKOL |
| By: /s/ Amy E. Breihan | By: /s/ Arthur S. Margulis (*with consent*) |
| Jason A. Kempf, # 159897MO | Arthur S. Margulis, #16906MO |
| Amy E. Breihan, # 65499MO | 7701 Forsyth, Suite 1200 |
| 211 N. Broadway, Suite 3600 | Clayton, MO  63105 |
| St. Louis, MO 63102 | amargulis@capessokol.com |
| (314) 259-2000 (telephone) | *Attorney for Defendants* |
| (314) 259-2020 (facsimile) | |
| *Attorneys for Plaintiffs* | |

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served on this 18th day of June, 2014, to all counsel of record via the Court's electronic filing system.

    /s/ Amy E. Breihan